# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED TO PROTECT DEMOCRACY et al.**  )<br>)<br>**Plaintiffs,**  )<br>v.  )<br>)<br>)<br>**PRESIDENTIAL ADVISORY COMMISSION**  )<br>**ON ELECTION INTEGRITY et al.**  )<br>)<br>)<br>**Defendants.**  )<br>) | **Civil No. 17-02016 (RC)** |

## NOTICE

Counsel for Plaintiffs, United to Protect Democracy and the Protect Democracy Project, Inc., write regarding the Order, dated October 12, 2017, directing Plaintiffs to file a notice on or before October 19, 2017, indicating whether the United States Attorney General and the United States Attorney's Office for the District of Columbia received service of process.   Upon further review, we have determined that the initial service of process was inadvertently mailed to incorrect addresses.   As a result, we have performed service by hand delivery at the correct addresses and have filed amended affidavits of service.

Respectfully submitted,

Date: October 17, 2017

/s/ Danielle Conley

| | |
|---|---|
| Laurence M. Schwartztol<br>   (*Pro hac vice* pending)<br>Justin Florence (D.C. Bar #988953)<br>THE PROTECT DEMOCRACY PROJECT<br>10 Ware Street<br>Cambridge, MA 02138<br>(202) 856-9191 | Danielle Conley (D.C. Bar #503345)<br>Lynn Eisenberg (D.C. Bar #1017511)<br>Jason Hirsch (*Pro hac vice* forthcoming)<br>Michael Posada (*Pro hac vice* pending)<br>WILMER CUTLER PICKERING<br>   HALE & DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, D.C. 20006<br>(202) 663-6000 |

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on this 17th day of October, 2017, a true and correct copy of the foregoing Notice has been served via First Class Mail on the following parties:

    Presidential Advisory Commission on Election Integrity
    1650 Pennsylvania Avenue NW
    Eisenhower Executive Office Building
    Rm. 268
    Washington, D.C. 20504

    The Office of Management and Budget
    725 17th Street NW
    Washington, D.C. 20503

    Mick Mulvaney, in his official capacity
    The Office of Management and Budget
    725 17th Street NW
    Washington, D.C. 20503

    /s/ Danielle Conley
    Danielle Conley (D.C. Bar #503345)
    WILMER CUTLER PICKERING
      HALE & DORR LLP
    1875 Pennsylvania Avenue NW
    Washington, D.C. 20006
    (202) 663-6006