# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED TO PROTECT DEMOCRACY et al.  )<br>)<br>Plaintiffs,  )<br>v.  )<br>)<br>)<br>PRESIDENTIAL ADVISORY COMMISSION  )<br>ON ELECTION INTEGRITY et al.  )<br>)<br>)<br>Defendants.  )<br>) | Civil No. 17-02016 (RC) |

## NOTICE OF ERRATA

Counsel for Plaintiffs, United to Protect Democracy and the Protect Democracy Project, Inc., are re-filing the Declaration of Ian Bassin (the "Declaration") to attach and include the exhibits cited in the Declaration. Although the Declaration itself was timely filed on October 11, 2017, in support of Plaintiffs' Motion for Preliminary Injunction, the exhibits cited therein were inadvertently omitted due to a filing error. As a result, we are re-filing the Declaration with the exhibits included, attached as Exhibit A. Defendants have consented to Plaintiffs' request to re-file.

Respectfully submitted,

Date: November 15, 2017

| | /s/ Danielle Conley |
|---|---|
| Laurence M. Schwartztol  (D.C. Bar #MA0007)<br>Justin Florence (D.C. Bar #988953)<br>THE PROTECT DEMOCRACY PROJECT<br>10 Ware Street<br>Cambridge, MA 02138<br>(202) 856-9191 | Danielle Conley (D.C. Bar #503345)<br>Lynn Eisenberg (D.C. Bar #1017511)<br>Jason Hirsch (*Pro hac vice* forthcoming)<br>Michael Posada (*Pro hac vice* pending)<br>WILMER CUTLER PICKERING<br>  HALE & DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, D.C. 20006<br>(202) 663-6000 |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 15th day of November, 2017, a true and correct copy of the foregoing Motion has been served via ECF/CM on the following parties:

    Presidential Advisory Commission on Election Integrity
    1650 Pennsylvania Avenue NW
    Eisenhower Executive Office Building
    Rm. 268
    Washington, D.C. 20504

    The Office of Management and Budget
    725 17th Street NW
    Washington, D.C. 20503

    Mick Mulvaney, in his official capacity
    The Office of Management and Budget
    725 17th Street NW
    Washington, D.C. 20503

    /s/ Danielle Conley
    Danielle Conley (D.C. Bar #503345)
    WILMER CUTLER PICKERING
      HALE & DORR LLP
    1875 Pennsylvania Avenue NW
    Washington, D.C. 20006
    (202) 663-6006