**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED TO PROTECT DEMOCRACY and THE PROTECT DEMOCRACY PROJECT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENTIAL ADVISORY COMMISSIOIN ON ELECTION INTEGRITY, *et al.*, <br><br> Defendants. | Civil Action No. 1:17-cv-02016 (RC) |

## NOTICE OF RECENT DECISION

Defendants respectfully write to advise the Court of the recent decision from the United States Court of Appeals for the D.C. Circuit in *Electronic Privacy Information Center v. Presidential Advisory Commission on Election Integrity*, No. 17-5171 (D.C. Cir. Dec. 26, 2017) ("*EPIC v. PACEI*") (attached). That decision addresses the question of the informational standing of an advocacy organization to sue on its own behalf (slip op. at 8-14), which is at issue in the government's pending motion to dismiss in this case. *See* Dkt. No. 22-1, at 11-16; Dkt. No. 28, at 3-12.

In the present case, the organizational plaintiffs claim that they have suffered an informational injury sufficient to give them Article III standing because of the government's alleged failure to provide them with information to which they are purportedly entitled under the

Paperwork Reduction Act.  Compl. ¶¶ 72-74; Pl's Opp'n to Defs.' Mot. to Dismiss, at 3-18 (Dkt. No. 25).  In *EPIC v. PACEI*, the advocacy organization, EPIC, claimed, *inter alia*, that it had suffered an informational injury by being deprived of access to a Privacy Impact Assessment required by the E-Government Act of 2002, which EPIC asserted was information to which the law entitled it.  Slip op. at 8.  On EPIC's appeal from the denial of a preliminary injunction, the appellate court held that this alleged informational injury was insufficient to establish standing because EPIC had neither suffered the type of harm the E-Government Act seeks to prevent nor was it the type of plaintiff Congress had in mind.  *Id.* at 9-10.  The court further held that EPIC's claimed organizational injury failed because it was grounded in the same non-existent interest.  *Id.* at 11.

Dated:  December 27, 2017                                                       Respectfully submitted,

                                                                                                CHAD A. READLER
                                                                                                Acting Assistant Attorney General
                                                                                                Civil Division

                                                                                                ELIZABETH J. SHAPIRO
                                                                                                Deputy Director

                                                                                                */s/ Carol Federighi*
                                                                                                CAROL FEDERIGHI
                                                                                                Senior Trial Counsel
                                                                                                United States Department of Justice
                                                                                                Civil Division, Federal Programs Branch
                                                                                                P.O. Box 883
                                                                                                Washington, DC 20044
                                                                                                Phone: (202) 514-1903
                                                                                                Email: carol.federighi@usdoj.gov

                                                                                                *Counsel for Defendants*