# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TO PROTECT DEMOCRACY, *et al.* : | |
| Plaintiffs, : | Civil Action No.:   17-2016 (RC) |
| v. : | Re Document Nos.:   10, 22, 24 |
| PRESIDENTIAL ADVISORY COMMISSION : ON ELECTION INTEGRITY, *et al.* : | |
| Defendants. : | |

## ORDER

**GRANTING DEFENDANTS' MOTION TO DISMISS; DENYING AS MOOT PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; DENYING AS MOOT PLAINTIFFS' MOTION FOR LEAVE TO FILE DECLARATION**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' Motion to Dismiss (ECF No. 22) is **GRANTED**; Plaintiffs' Motion for a Preliminary Injunction (ECF No. 10) is **DENIED AS MOOT**; and Plaintiffs' Motion for Leave to File a Declaration in Support of its Motion for Preliminary Injunction (ECF No. 24) is **DENIED AS MOOT.** It is hereby:

**ORDERED** that Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that Plaintiffs be **GRANTED LEAVE** to file an amended complaint within 30 days of this Order.

**SO ORDERED**.

Dated: December 29, 2017                                              RUDOLPH CONTRERAS
                                                                                          United States District Judge