**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED TO PROTECT DEMOCRACY et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 17-02016 (RC) |
| PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY et al. | ) | |
| Defendants. | ) | |

**NOTICE OF DECLARATION IN *DUNLAP V. PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY***

On January 3, 2018, Defendant Presidential Advisory Commission on Election Integrity ("Commission") filed the Second Declaration of Charles C. Herndon, Director of White House Information Technology and Deputy Assistant to the President, in *Dunlap v. Presidential Advisory Commission on Election Integrity*, No. 17-cv-02361 (D.D.C.), Jan. 9, 2018, ECF No. 39-2 (attached as Exhibit A). In reliance upon statements made in that Declaration that the White House intends to destroy state voter data collected by the Commission, and in reliance upon Defendants' Notice of Executive Order, Jan. 3, 2018, ECF No. 34, Plaintiffs do not intend to file an amended complaint in the above captioned case as permitted by this Court in its December 29, 2017 Memorandum Opinion. Mem. Op. at 27, ECF No. 33.

                                                                                         Respectfully submitted,

Date: January 16, 2018

| | |
|---|---|
| | /s/ Danielle Conley |
| Laurence M. Schwartztol | Danielle Conley (D.C. Bar #503345) |
|   (D.C. Bar # MA0007) | Lynn Eisenberg (D.C. Bar #1017511) |
| Justin Florence (D.C. Bar #988953) | Jason Hirsch (*Pro hac vice* forthcoming) |
| THE PROTECT DEMOCRACY PROJECT | Michael Posada (*Pro hac vice*) |
| 10 Ware Street | WILMER CUTLER PICKERING |
| Cambridge, MA 02138 |   HALE & DORR LLP |
| (202) 856-9191 | 1875 Pennsylvania Avenue NW |
| | Washington, D.C. 20006 |
| | (202) 663-6000 |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this 16th day of January, 2018, a true and correct copy of the foregoing Response to the Notice of Recent Decision has been served on the following parties via electronic means:

    Presidential Advisory Commission on Election Integrity
    1650 Pennsylvania Avenue NW
    Eisenhower Executive Office Building
    Rm. 268
    Washington, D.C. 20504

    The Office of Management and Budget
    725 17th Street NW
    Washington, D.C. 20503

    Mick Mulvaney, in his official capacity
    The Office of Management and Budget
    725 17th Street NW
    Washington, D.C. 20503

    /s/ Danielle Conley
    Danielle Conley (D.C. Bar #503345)
    WILMER CUTLER PICKERING
      HALE & DORR LLP
    1875 Pennsylvania Avenue NW
    Washington, D.C. 20006
    (202) 663-6006